UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:98-cr-319-J-32MCR
    3:01-cr-22-J-32MCR

TERRAL D. WILLIAMS
_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendant's Motions to Appoint Counsel (collectively, the "Motions"). (Doc. 255 in Case No. 3:98-cr-319-J-32MCR & Doc. 144 in Case No. 3:01-cr-22-J-32MCR.) The Court held a hearing on the Motions on October 18, 2017. The Motions are unopposed. For the reasons stated at the hearing, the Motions are due to be **GRANTED**.

Accordingly, it is **ORDERED**:

1. The Motions are **GRANTED**.

2. Attorney Roland Falcon is appointed as counsel for Mr. Williams in this matter.

3. On or before **October 31, 2017**, Attorney Falcon, on behalf of Mr. Williams, shall file a renewed motion setting forth Mr. Williams's position on the restitution issue (including a memorandum of legal authority) if the restitution issue has not been resolved by that date. The Government may respond to the renewed motion on or before **November 6, 2017**.

4. A motion hearing is set for **November 7, 2017**, **at 10:30 a.m.** before the Honorable C. Richardson, United States Magistrate Judge, in Courtroom No. 5C, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. Should the parties resolve the restitution issue prior to the hearing, they shall immediately file a joint notice of resolution with the Court.

**DONE AND ORDERED** at Jacksonville, Florida, on October 20, 2017.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Assistant United States Attorney (Frein)

Roland Falcon, Esq.

Terral Williams